THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Alette Temple

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETTE TEMPLE | Case No.  C 04 5000 EDL |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| KEITH and MARILYN FRASER, J.S. and SARA HARTWELL, | |
| Defendants. | |
| _____/ | |

    The parties hereto stipulate as follows:

    The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

    Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The parties request the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

Date:  September 23, 2005               Date:  September 26, 2005

S/ Thomas W. Chaffee                    S/Thomas N. Stewart, III
Attorney for Defendants                 Attorney for Plaintiff

I, Thomas N. Stewart, III hereby attest that I have in my possession the holographic signature of Thomas W. Chaffee to this document.

Date:  September 26, 2005

S/Thomas N. Stewart, III
Attorney for Plaintiff

IT IS SO ORDERED:

Date:  September 26, 2005            _____
                                     Judge/Magistrate

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*

C 04-5000 EDL                           2